RECEIVED NOV - 2 2010
Dav. Co. Chancery Court

# IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE
## TWENTIETH JUDICIAL DISTRICT, DAVIDSON COUNTY
### AT NASHVILLE

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | Case No. 10-1758-II ) 3:10-1081 |
| 315 UNION STREET HOLDINGS, LLC, UNION STREET PLAZA OPERATIONS, LLC, and PRUDENTIAL MORTGAGE CAPITAL FUNDING, LLC, | ) ) ) ) ) |
| Defendants. | ) |

*[Handwritten notation: ORDER — The Court ADOPTS this Order pending further Order of this Court. /s/ Judge]*

*FILED 2010 NOV -3 PM 4:00*

## RESTRAINING ORDER AND NOTICE OF HEARING ON MOTION FOR ENTRY OF RECEIVERSHIP ORDER

This case is before the Court on the *Verified Complaint for Appointment of Receiver Pending Foreclosure* ("Verified Complaint") filed by Plaintiff Branch Banking and Trust Company ("BB&T") and BB&T's *Motion for Restraining Order* (the "Motion"). In the Motion, BB&T requests, among other things, that the Court restrain Defendants 315 Union Street Holdings, LLC and Union Street Plaza Operations, LLC ("Defendants") and their officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with any of them, from taking certain action with respect to the Property (as that term is defined below). BB&T also requests in the Motion a hearing on its *Motion for Entry of a Receivership Order*.

Based upon the Verified Complaint and the Motion, the Court finds as follows:

1. BB&T represents that it is the holder of that certain *Secured Promissory Note*, as modified (the "Note"), evidencing Defendants' indebtedness in the original principal amount of up to $18,700,000.00 plus interest, costs, and expenses (the "Indebtedness"). BB&T alleges that