IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:10-cv-01081 |
| 315 UNION STREET HOLDINGS, LLC, UNION STREET PLAZA OPERATIONS, LLC, PRUDENTIAL MORTGAGE CAPITAL FUNDING, LLC, LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR REGISTERED HOLDERS OF HELLER FINANCIAL COMMERCIAL MORTGAGE ASSET CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999 PH-1, and BANK OF AMERICA, N.A., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge William J. Haynes, Jr. |
| Defendants. | ) | |

*ORDER*

*This motion is GRANTED. D15 (a)*

*2nd is due.*

*7-11-11*

## JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF AND TO AMEND COMPLAINT AND CAPTION OF CASE

Branch Banking and Trust Company ("BB&T") and TN Nashville, LLC ("TN Nashville") (BB&T and TN Nashville are sometimes collectively referred to as the "Movants"), through their undersigned counsel, pursuant to Fed.R.Civ.P. 25 and 15, respectfully request the Court to enter an Order substituting TN Nashville for BB&T as Plaintiff in this case, and amending the Complaint and the Style of this case to reflect the real party in interest. In support of this Motion, the Movants state as follows:

1.    On or about November 2, 2010, BB&T filed a Verified Complaint for Appointment of Receiver Pending Foreclosure in the Chancery Court for Davidson County Tennessee styled *Branch Banking and Trust Company v. 315 Union Street Holdings, LLC, Union*